B1 (Official Form 1) (4/10)

# United States Bankruptcy Court
## Southern District of New York

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): <br> **Awal Bank, BSC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): N/A | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State): <br> The Manama Centre, Government Avenue <br> P.O. Box 1735 <br> Kingdom of Bahrain <br> BAHRAIN <br> ZIP CODE 00000-0000 | Street Address of Joint Debtor (No. & Street, City, and State): <br> ZIP CODE |
| County of Residence or of the Principal Place of Business: | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): <br> ZIP CODE | Mailing Address of Joint Debtor (if different from street address): <br> ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [X] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [X] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [X] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [X] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [X] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Check one box:** **Chapter 11 Debtors**
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [X] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

**Check all applicable boxes:**
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information** — THIS SPACE IS FOR COURT USE ONLY
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [X] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [X] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets (U.S. Only)**
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [X] | [ ] | [ ] | [ ] |

**Estimated Debts (Worldwide)**
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [X] |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | **Name of Debtor(s):** Awal Bank, BSC |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location Where Filed: - None - | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: Awal Bank, BSC | Case Number: 09-15923 (ALG) | Date Filed: 9/30/09 |
|---|---|---|
| District: Southern District of New York | Relationship: same entity | Judge: Allan L. Gropper |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b). <br> X _____ <br> Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☒ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☒ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Awal Bank, BSC |
|---|---|

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>(Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |

| Signature of Attorney* | Signature of Non-Attorney Bankruptcy Petition Preparer |
|---|---|
| X  /s/ David J. Molton<br>Signature of Attorney for Debtor(s)<br>David J. Molton<br>Printed Name of Attorney for Debtor(s)<br>Brown Rudnick LLP<br>Firm Name<br>Seven Times Square<br>New York, NY 10036<br>Address<br>Email:dmolton@brownrudnick.com<br>(212) 209-4822 Fax:(212) 938-2822<br>Telephone Number<br><br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)<br><br>Address<br>X _____<br><br>_____<br>Date |

| Signature of Debtor (Corporation/Partnership) | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br>X  *[signature]*<br>Signature of Authorized Individual<br>Stewart Hey<br>Printed Name of Authorized Individual<br>Stewart Hey, in his capacity as representative of Charles Russell, LLP, London, as External Administrator of Awal Bank, BSC and not in his personal capacity<br>Title of Authorized Individual<br><br>Date October 21, 2010 | Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |

# AWAL BANK, BSC

## Written Consent

The undersigned, being the External Administrator of Awal Bank, BSC, a foreign banking corporation incorporated in the Kingdom of Bahrain (the "Company"), hereby adopts the following acting by unanimous written consent:

RESOLVED: that the External Administrator of the Company is authorized and empowered on behalf of the Company to execute and file a voluntary petition under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York, and to execute all documents and take any and all actions in furtherance thereof, as he may deem to be necessary or appropriate;

RESOLVED that the External Administrator is authorized and empowered to retain on behalf of the Company, on such terms as he may determine to be appropriate, in his discretion, the law firm of Brown Rudnick LLP, to represent the Company in connection with such Chapter 11 case; and in connection therewith, the External Administrator is authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the chapter 11 case, and to cause to be filed an appropriate application for authority to retain the services of Brown Rudnick LLP;

RESOLVED that the External Administrator is authorized and empowered to retain on behalf of the Company, on such terms as he may determine to be appropriate, in his discretion, other professionals to assist the Company in connection with such Chapter 11 case;

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

[SIGNATURE PAGE FOR WRITTEN CONSENT]

Executed this 21st day of October, 2010.

AWAL BANK, BSC

_____
Stewart Hey, Partner
In his capacity as representative of
Charles Russell, LLP, London, as
External Administrator of Awal Bank, BSC
and not in his personal capacity

#1778141

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of New York

In re    Awal Bank, BSC                 Case No. _____

Debtor(s)        Chapter    11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Abu Dhabi Commercial Bank<br>PO Box 929<br>Abu Dhabi<br>UNITED ARAB EMIRATES | Abu Dhabi Commercial Bank<br>PO Box 929<br>Abu Dhabi<br>UNITED ARAB EMIRATES | | | |
| Abu Dhabi Islamic Bank<br>PO Box 313<br>Abu Dhabi<br>UNITED ARAB EMIRATES | Abu Dhabi Islamic Bank<br>PO Box 313<br>Abu Dhabi<br>UNITED ARAB EMIRATES | | | |
| Al Gosaibi Money Exchange<br>PO Box 106<br>Al Khobar 31952<br>SAUDI ARABIA | Al Gosaibi Money Exchange<br>PO Box 106<br>Al Khobar 31952<br>SAUDI ARABIA | | | |
| Bank of Montreal<br>1 First Canadian Place<br>100 King Street West, 5th Floor<br>Toronto, Ontario MKX 1H3<br>CANADA | Bank of Montreal<br>1 First Canadian Place<br>100 King Street West, 5th Floor<br>Toronto, Ontario MKX 1H3<br>CANADA | | | |
| Bayerische Hypo-und Vereinsbank AG<br>Moor House, 120 London Wall<br>London EC2Y 5ET<br>UNITED KINGDOM | Bayerische Hypo-und Vereinsbank AG<br>Moor House, 120 London Wall<br>London EC2Y 5ET<br>UNITED KINGDOM | | | |
| Bayerische Landesbank / Bayern LB<br>Briennerstr 18<br>D-80333, Munchen<br>GERMANY | Bayerische Landesbank / Bayern LB<br>Briennerstr 18<br>D-80333, Munchen<br>GERMANY | | | |
| Boubyan Bank<br>PO Box 25507<br>Safat 13116<br>KUWAIT | Boubyan Bank<br>PO Box 25507<br>Safat 13116<br>KUWAIT | | | |
| Calyon Corporate & Investment<br>Broadwalk House, 5 Appold Street<br>London, EC2A 2DA<br>UNITED KINGDOM | Calyon Corporate & Investment<br>Broadwalk House, 5 Appold Street<br>London, EC2A 2DA<br>UNITED KINGDOM | | | |

B4 (Official Form 4) (12/07) - Cont.

In re   Awal Bank, BSC
_____
            Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Commercial Bank of Kuwait<br>PO Box 2861<br>Safat 13029<br>KUWAIT | Commercial Bank of Kuwait<br>PO Box 2861<br>Safat 13029<br>KUWAIT | | | |
| Commercial Bank of Qatar<br>Grand Hamad Street<br>PO Box 3232, Doha<br>QATAR | Commercial Bank of Qatar<br>Grand Hamad Street<br>PO Box 3232, Doha<br>QATAR | | | |
| Commerzbank AG formerly Dresdner Bank<br>Zentrales Geschaftsfeld<br>Global Equities<br>Neue Mainzer Strasse 32-36<br>60261Frankfurt am Maim<br>GERMANY | Commerzbank AG formerly Dresdner Bank<br>Zentrales Geschaftsfeld<br>Global Equities<br>Neue Mainzer Strasse 32-36<br>60261Frankfurt am Maim<br>GERMANY | | | |
| Commonwealth Bank of Australia<br>Senator House, 85 Queen Victoria Street<br>London, EC4V 4HA<br>UNITED KINGDOM | Commonwealth Bank of Australia<br>Senator House, 85 Queen Victoria Street<br>London, EC4V 4HA<br>UNITED KINGDOM | | | |
| Fortis Bank<br>Montague de Parc 3<br>B 1000 Brussels<br>BELGIUM | Fortis Bank<br>Montague de Parc 3<br>B 1000 Brussels<br>BELGIUM | | | |
| Gulf International Bank<br>Al-Dowali Building<br>3 Palace Avenue<br>PO Box 1017, Manama<br>BAHRAIN | Gulf International Bank<br>Al-Dowali Building, 3 Palace Avenue<br>PO Box 1017, Manama<br>BAHRAIN | | | |
| HSBC<br>HSBC Centre, 580 George Street<br>Sydney, NSW 2000<br>AUSTRALIA | HSBC<br>HSBC Centre, 580 George Street<br>Sydney, NSW 2000<br>AUSTRALIA | | | |
| HSBC<br>452 Fifth Avenue, 5th Floor<br>New York, NY 10018 | HSBC<br>452 Fifth Avenue, 5th Floor<br>New York, NY 10018 | | | |
| HSH Nordbank AG<br>Martensdamm 6<br>24103, Kiel<br>GERMANY | HSH Nordbank AG<br>Martensdamm 6<br>24103, Kiel<br>GERMANY | | | |
| JP Morgan<br>125 London Wall<br>London EC2Y 5AJ<br>UNITED KINGDOM | JP Morgan<br>125 London Wall<br>London EC2Y 5AJ<br>UNITED KINGDOM | | | |

B4 (Official Form 4) (12/07) - Cont.
In re   Awal Bank, BSC                                                              Case No. _____
                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Kuwait Finance House (Liquidity Management House) Baitak Tower, Level 23, Safat Ahmed Al Jaber Street, Mishref KUWAIT | Kuwait Finance House (Liquidity Management House) Baitak Tower, Level 23, Safat Ahmed Al Jaber Street, Mishref KUWAIT | | | |
| The International Banking Corp c/o Trowers & Hamlins, West Tower Bahrain World Trade Centre PO Box 3012, Manama KINGDOM OF BAHRAIN | The International Banking Corp c/o Trowers & Hamlins, West Tower Bahrain World Trade Centre PO Box 3012, Manama KINGDOM OF BAHRAIN | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Stewart Hey, in my capacity as Representative of Charles Russell, LLP, London, as External Administrator of Awal Bank, BSC and not in my personal capacity, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    October 21, 2010                    Signature    _____
                                                          Stewart Hey, Partner
                                                          In his capacity as Representative of Charles Russell, LLP,
                                                          London, as External Administrator of Awal Bank, BSC and
                                                          not in his personal capacity

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

BROWN RUDNICK LLP
David J. Molton
Brown Rudnick LLP
Seven Times Square
New York, NY 10036
(212) 209-4800

Sunni P. Beville
Robert L. Harris
Brown Rudnick LLP
One Financial Center
Boston, MA 02111
(617) 856-8200

*Counsel to Charles Russell, LLP, London, as
External Administrator of Awal Bank, BSC*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>AWAL BANK, BSC,<br><br>    Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 09-15923 (ALG) |
| In re:<br><br>AWAL BANK, BSC,<br><br>    Debtor. | Chapter 11<br><br>Case No. _____ (ALG) |

## CORPORATE OWNERSHIP STATEMENT

In accordance with Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, Awal Bank, BSC (the "Debtor") hereby states that each of the following persons or entities directly or indirectly own 10% or more of the equity interests of the Debtor:

| Name and Address | Ownership Percentage |
|---|---|
| Maan A. Al Sanea<br>Salahuddin Al-Ayoubi Street<br>Golden Belt Area<br>PO Box 3250<br>Al Khobar 31952<br>Saudi Arabia | 47% |
| Saad Investments Company Limited<br>80 rue de Lausanne<br>1201 Geneva<br>Switzerland | 48% |

The following is a list of any corporation whose securities are publicly traded in which the Debtor directly or indirectly owns 10% or more of any class of the corporation's equity interests, and any general or limited partnership or joint venture in which the Debtor owns an interest:

| Name and Address | Ownership Percentage |
|---|---|
| None | N/A |

## DECLARATION REGARDING CORPORATE OWNERSHIP STATEMENT

I, Stewart Hey, Partner, in my capacity as Representative of Charles Russell, LLP, London, as External Administrator of Awal Bank, BSC and not in my personal capacity, declare under penalty of perjury, that I have read the foregoing Corporate Ownership Statement and that it is true and correct to the best of my information and belief.

Dated: October 21, 2010
London, England

_____
Stewart Hey

# 1781281

3