# United States Bankruptcy Court
## Southern District of New York

In re    Awal Bank, BSC                               Case No.   10-15518-ALG

                                   Debtor(s)                  Chapter     11

## SUMMARY OF AMENDED SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7,11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS (U.S. Only) | LIABILITIES (U.S. Only) | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $0.00 | | |
| B - Personal Property | Yes | 3 | Unknown | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | Unknown (see Schedule D) | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 12 | | Unknown (see Schedule F) | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| **TOTAL** | | 21 | Unknown | Unknown (see Schedules D & F) | |

In re    Awal Bank, BSC                                          Case No.    10-15518-ALG
                                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Sub-Total > | 0.00 | (Total of this page) |
| Total > | 0.00 | |
| | (Report also on Summary of Schedules) | |

  0   continuation sheets attached to the Schedule of Real Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest In Property, With-Out Deducting Any Secured Claim or Exemption |
|---|:---:|---|:---:|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

In re   <u>Awal Bank, BSC</u>                                    Case No. <u>10-15518-ALG</u>
                    **Debtor**                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest In Property, With-Out Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | | Limited partnership interest in EnterTech Capital Partners III, L.P., a Delaware limited partnership investing in privately owned companies operating in the energies field. | | Undetermined |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Potential avoidance action | | $12,996,220.08 |

In re   Awal Bank, BSC
_____
              **Debtor**

Case No.   10-15518-ALG
_____
                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest In Property, With-Out Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Total >        Undetermined

(Report also on Summary of Schedules)

In re   <u>Awal Bank, BSC</u>         Case No.   <u>10-15518-ALG</u>

Debtor(s)

# AMENDED SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns).

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above*) | C O D E B T O R | Husband, Wife, Joint or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | |
| ACCOUNT NO. | | | | Prior to Petition Date | | | | | |
| Commercial Bank of Kuwait PO Box 2861 Safat 13029 KUWAIT | | N A | | Secured by foreign assets | | | X | Proof of claim filed in the foreign main proceeding; amount awaiting determination | Proof of claim filed in the foreign main proceeding; amount awaiting determination |
| | | | | VALUE       $0.00 | | | | | |
| ACCOUNT NO. | | | | Prior to Petition Date | | | | | |
| Credit Suisse Giesshubelstrasse 30 8070 Zurich SWITZERLAND | | N A | | Secured by foreign assets | | | X | Proof of claim filed in the foreign main proceeding; amount awaiting determination | Proof of claim filed in the foreign main proceeding; amount awaiting determination |
| | | | | VALUE       $0.00 | | | | | |

Sheet 1 of 2 total sheets in Schedule of Creditors Holding Secured Claims

In re    Awal Bank, BSC
_____
                     Debtor(s)

Case No.    10-15518-ALG

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | C O D E B T O R | Husband, Wife, Joint or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| ACCOUNT NO. | | | | Prior to Petition Date | | | | | |
| JP Morgan 125 London Wall London EC2Y 5AJ UNITED KINGDOM | N A | | | Secured by foreign assets | | | X | Proof of claim filed in the foreign main proceeding; amount awaiting determination | Proof of claim filed in the foreign main proceeding; amount awaiting determination |
| | | | | VALUE          $0.00 | | | | | |
| | | | | Total(s) (Use only on last page) | | | | Proofs of claim filed in the foreign main proceeding; amount awaiting determination | Proofs of claim filed in the foreign main proceeding; amount awaiting determination |
| | | | | | | | | (Report also on Summary of Schedules) | If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

Sheet 2 of 2 total sheets in Schedule of Creditors Holding Secured Claims

In re __Awal Bank, BSC_____, Case No. ___10-15518-ALG_____
                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

0    continuation sheets attached

In re  Awal Bank, BSC                                           Case No.  10-15518-ALG
_____
                        Debtor(s)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding unsecured claims without priority against the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns).

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | Prior to Petition Date | | | | |
| ABN Amro / RBS 280 Bishopsgate, 10th Floor London EC2M 4RB UNITED KINGDOM | | N A | | | | | X | Proof of claim filed in the foreign main proceeding; amount awaiting determination |
| ACCOUNT NO. | | | | Prior to Petition Date | | | | |
| Abu Dhabi Commercial Bank PO Box 929 Abu Dhabi UNITED ARAB EMIRATES | | N A | | | | | X | Proof of claim filed in the foreign main proceeding; amount awaiting determination |
| ACCOUNT NO. | | | | Prior to Petition Date | | | | |
| Ahli United Bank (AUB) Building 2495, Road 2832 Al Seef District, Manama 428 KINGDOM OF BAHRAIN | | N A | | | | | X | Proof of claim filed in the foreign main proceeding; amount awaiting determination |

Sheet  1 of 12 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | C O D E B T O R | H W J C | Husband, Wife, Joint , or Community | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | | | | |
| ACCOUNT NO. | | | Prior to Petition Date | | | | |
| AKA Ausfuhrkredit-Gesekkschaft Grosse Gallusstrasse 1-7 60311 Frankfurt am Main GERMANY | | N A | | | | X | Proof of claim filed in the foreign main proceeding; amount awaiting determination |
| ACCOUNT NO. | | | Prior to Petition Date | | | | |
| Al Gosaibi Money Exchange PO Box 106 Al Khobar 31952 SAUDI ARABIA | | N A | | | | X | Proof of claim filed in the foreign main proceeding; amount awaiting determination |
| ACCOUNT NO. | | | Prior to Petition Date | | | | |
| Arab Afican Bank International PO Box 1049 Dubai UNITED ARAB EMIRATES | | N A | | | | X | Proof of claim filed in the foreign main proceeding; amount awaiting determination |
| ACCOUNT NO. | | | Prior to Petition Date | | | | |
| Arab Bank, Plc PO Box 813 Manama KINGDOM OF BAHRAIN | | N A | | | | X | Proof of claim filed in the foreign main proceeding; amount awaiting determination |
| ACCOUNT NO. | | | Prior to Petition Date | | | | |
| Banca UBAE Via Quintino Sella 2 187, Rome ITALY | | N A | | | | X | Proof of claim filed in the foreign main proceeding; amount awaiting determination |

Sheet 2 of 12 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

In re    Awal Bank, BSC                                                            Case No
_____                                         _____
                          Debtor(s)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | | Husband, Wife, Joint , or Community | | | | |
| ACCOUNT NO. | | | Prior to Petition Date | | | | |
| Banesto (Banco Espanol de Credito S.A. Avda Gran Via de Hortaleza 3 Edificio CPD, Planta Cero, Madrid ESPANA | N A | | | | | X | Proof of claim filed in the foreign main proceeding; amount awaiting determination |
| ACCOUNT NO. | | | Prior to Petition Date | | | | |
| Bank Muamalat Malaysia Berhad Menara Bumiputra, 5th Floor 21 Jalan Melaka 50100 KUALA LUMPUR | N A | | | | | X | Proof of claim filed in the foreign main proceeding; amount awaiting determination |
| ACCOUNT NO. | | | Prior to Petition Date | | | | |
| Bank of America 5 Canada Square London E14 5AQ UNITED KINGDOM | N A | | | | | X | Proof of claim filed in the foreign main proceeding; amount awaiting determination |
| ACCOUNT NO. | | | Prior to Petition Date | | | | |
| Bank of Montreal 1 First Canadian Place 100 King Street West, 5th Floor Toronto, Ontario MKX 1H3 CANADA | N A | | | | | X | Proof of claim filed in the foreign main proceeding; amount awaiting determination |
| ACCOUNT NO. | | | Prior to Petition Date | | | | |
| Bank of Nova Scotia / Scotia Capital 33 Finsbury Square London EC2A 1BB UNITED KINGDOM | N A | | | | | X | Proof of claim filed in the foreign main proceeding; amount awaiting determination |

Sheet  3 of 12 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

In re    Awal Bank, BSC                                      Case No _____
                        Debtor(s)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Banque BIA<br>67, Avenue Franklin Roosevelt<br>75008, Paris<br>FRANCE | | N A | Prior to Petition Date | | | X | Proof of claim filed in the foreign main proceeding; amount awaiting determination |
| ACCOUNT NO.<br><br>Banque Misr (formerly Banque Du Caire<br>PO Box 533<br>Abu Dhabi<br>UNITED ARAB EMIRATES | | N A | Prior to Petition Date | | | X | Proof of claim filed in the foreign main proceeding; amount awaiting determination |
| ACCOUNT NO.<br><br>Bayerische Hypo-und Vereinsban AG / Unicredit Marketing & Investment Banking<br>Moor House, 120 London Wall<br>London EC2Y 5ET<br>UNITED KINGDOM | | N A | Prior to Petition Date | | | X | Proof of claim filed in the foreign main proceeding; amount awaiting determination |
| ACCOUNT NO.<br><br>Bayerische Landesbank / Bayern LB<br>Briennerstr 18<br>D-80333, Munchen<br>GERMANY | | N A | Prior to Petition Date | | | X | Proof of claim filed in the foreign main proceeding; amount awaiting determination |
| ACCOUNT NO.<br><br>BNP Paribas<br>Rue Fosse aux Loups 48<br>1000 (1AS3P) Bruxelles<br>BELGIUM | | N A | Prior to Petition Date | | | X | Proof of claim filed in the foreign main proceeding; amount awaiting determination |

Sheet  4 of 12 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint , or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| British Arab Commercial Bank 8-10 Mansion House London, EC4N 8BJ UNITED KINGDOM | | N A | Prior to Petition Date | | | X | Proof of claim filed in the foreign main proceeding; amount awaiting determination |
| ACCOUNT NO. | | | | | | | |
| Calyon Corporate & Investment Bank (Credit Agricole and Investment Bank) Broadwalk House, 5 Appold Street London, EC2A 2DA UNITED KINGDOM | | N A | Prior to Petition Date | | | X | Proof of claim filed in the foreign main proceeding; amount awaiting determination |
| ACCOUNT NO. | | | | | | | |
| Capital Management House West Tower, World Trade Centre 8th Floor, PO Box 1001, Manama BAHRAIN | | N A | Prior to Petition Date | | | X | Proof of claim filed in the foreign main proceeding; amount awaiting determination |
| ACCOUNT NO. | | | | | | | |
| CIMB Bank 27 Knightsbridge, Ground Floor London, SW1X 7YB UNITED KINGDOM | | N A | Prior to Petition Date | | | X | Proof of claim filed in the foreign main proceeding; amount awaiting determination |
| ACCOUNT NO. | | | | | | | |
| Citigroup Citigroup Centre, Canada Square London, E14 5LB UNITED KINGDOM | | N A | Prior to Petition Date | | | X | Proof of claim filed in the foreign main proceeding; amount awaiting determination |

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

In re __Awal Bank, BSC_____     Case No _____
                                 Debtor(s)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | | Husband, Wife, Joint, or Community | | | | |
| ACCOUNT NO. Commercial Bank of Qatar Grand Hamad Street PO Box 3232, Doha QATAR | | N A | Prior to Petition Date | | | X | Proof of claim filed in the foreign main proceeding; amount awaiting determination |
| ACCOUNT NO. Commerzbank AG formerly Dresdner Bank AG Zentrales Geschaftsfeld, Global Equities Neue Mainzer Strasse 32-36 60261, Frankfurt am Main GERMANY | | N A | Prior to Petition Date | | | X | Proof of claim filed in the foreign main proceeding; amount awaiting determination |
| ACCOUNT NO. Commonwealth Bank of Australia Senator House, 85 Queen Victoria Street London, EC4V 4HA UNITED KINGDOM | | N A | Prior to Petition Date | | | X | Proof of claim filed in the foreign main proceeding; amount awaiting determination |
| ACCOUNT NO. Doha Bank Grand Hamad Avenue PO Box 3818, Doha QATAR | | N A | Prior to Petition Date | | | X | Proof of claim filed in the foreign main proceeding; amount awaiting determination |
| ACCOUNT NO. Dubai Bank PJSC PO Box 65555 Dubai UNITED ARAB EMIRATES | | N A | Prior to Petition Date | | | X | Proof of claim filed in the foreign main proceeding; amount awaiting determination |

Sheet  6 of 12 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | C O D E B T O R | H W J C | Husband, Wife, Joint , or Community | | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | | | | | |
| ACCOUNT NO. | | | | | | | | |
| EnterTech Capital Partners III, L.P. Building D, Suite 105 625 W. Ridge Pike Conshohocken, PA  19428 | N A | | Prior to Petition Date | | X | | X | Undetermined |
| ACCOUNT NO. | | | | | | | | |
| Fortis Bank Montague de Parc 3 B 1000 Brussels BELGIUM | N A | | Prior to Petition Date | | | | X | Proof of claim filed in the foreign main proceeding; amount awaiting determination |
| ACCOUNT NO. | | | | | | | | |
| Global Investment House Global Tower, Sharq, Al-Shouhada Street Khaled Bin Al-Walid adjacent to Hilali Fire Station PO Box 28807, Safat 13149 KUWAIT | N A | | Prior to Petition Date | | | | X | Proof of claim filed in the foreign main proceeding; amount awaiting determination |
| ACCOUNT NO. | | | | | | | | |
| Grinnel, Gladwyn and Hughson c/o Python & Peter, Rue Francois Bellot 6, CH1206, Geneva SWITZERLAND | N A | | Prior to Petition Date | | | | X | Proof of claim filed in the foreign main proceeding; amount awaiting determination |
| ACCOUNT NO. | | | | | | | | |
| Gulf International Bank Al-Dowali Building, 3 Palace Avenue PO Box 1017, Manama BAHRAIN | N A | | Prior to Petition Date | | | | X | Proof of claim filed in the foreign main proceeding; amount awaiting determination |

Sheet  7 of 12 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

In re      Awal Bank, BSC                                                      Case No _____
                        Debtor(s)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Prior to Petition Date | | | | |
| Housing Bank for Trade & Finance PO Box 5929 Manama KINGDOM OF BAHRAIN | | N A | | | | X | Proof of claim filed in the foreign main proceeding; amount awaiting determination |
| ACCOUNT NO. | | | Prior to Petition Date | | | | |
| HSBC 452 Fifth Avenue, 5th Floor New York, NY 10018 | | N A | Subject to setoff | | | X | Proof of claim filed in the foreign main proceeding; amount awaiting determination |
| ACCOUNT NO. | | | Prior to Petition Date | | | | |
| HSBC HSBC Centre, 580 George Street Sydney, NSW 2000 AUSTRALIA | | N A | | | | X | Proof of claim filed in the foreign main proceeding; amount awaiting determination |
| ACCOUNT NO. | | | Prior to Petition Date | | | | |
| HSBC Emaar Square, 6th Floor PO Box 502601 Building No. 5, Dubai UNITED ARAB EMIRATES | | N A | | | | X | Proof of claim filed in the foreign main proceeding; amount awaiting determination |
| ACCOUNT NO. | | | Prior to Petition Date | | | | |
| HSH Nordbank AG Martensdamm 6 24103, Kiel GERMANY | | N A | | | | X | Proof of claim filed in the foreign main proceeding; amount awaiting determination |

Sheet  8 of 12 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

In re    Awal Bank, BSC                                                    Case No _____
                          Debtor(s)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | | | | |
| ACCOUNT NO. <br><br> Hua Nan Commercial Bank<br>32 Lombard Street, 5th Floor<br>London EC3V 9BQ<br>UNITED KINGDOM | N A | | Prior to Petition Date | | | X | Proof of claim filed in the foreign main proceeding; amount awaiting determination |
| ACCOUNT NO. <br><br> Ithmaar Bank f/k/a Shamil Bank<br>PO Box 3005<br>Manama<br>KINGDOM OF BAHRAIN | N A | | Prior to Petition Date | | | X | Proof of claim filed in the foreign main proceeding; amount awaiting determination |
| ACCOUNT NO. <br><br> Jordan International Bank<br>103 Mount Street<br>London, W1K 2AP<br>UNITED KINGDOM | N A | | Prior to Petition Date | | | X | Proof of claim filed in the foreign main proceeding; amount awaiting determination |
| ACCOUNT NO. <br><br> KBC Bank<br>Havenlaan 12<br>Brussels 1080<br>BELGIUM | N A | | Prior to Petition Date | | | X | Proof of claim filed in the foreign main proceeding; amount awaiting determination |
| ACCOUNT NO. <br><br> Kuwait Finance House (Liquidity Management House)<br>Baitak Tower, Level 23, Safat Square<br>Ahmed Al Jaber Street<br>PO Box 2650<br>Kuwait City<br>KUWAIT | N A | | Prior to Petition Date | | | X | Proof of claim filed in the foreign main proceeding; amount awaiting determination |

Sheet  9 of 12 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

In re  Awal Bank, BSC
_____
                Debtor(s)

Case No _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint , or Community | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | N A | Prior to Petition Date | | | X | |
| Mashreq Bank PSC PO Box 1250 Dubai UNITED ARAB EMIRATES | | | | | | | Proof of claim filed in the foreign main proceeding; amount awaiting determination |
| ACCOUNT NO. | | N A | Prior to Petition Date | | | X | |
| Mega International Commercial Bank No. 100, Chi-lin Road Taipei City 10424 TAIWAN | | | | | | | Proof of claim filed in the foreign main proceeding; amount awaiting determination |
| ACCOUNT NO. | | N A | Prior to Petition Date | | | X | |
| National Australia Bank Ltd. UB4433, Pier 4 Level 4 800 Bourke Street Docklands, VIC 3008 AUSTRALIA | | | | | | | Proof of claim filed in the foreign main proceeding; amount awaiting determination |
| ACCOUNT NO. | | N A | Prior to Petition Date | | | X | |
| National Bank of Fujairah PO Box 2979 Dubai UNITED ARAB EMIRATES | | | | | | | Proof of claim filed in the foreign main proceeding; amount awaiting determination |
| ACCOUNT NO. | | N A | Prior to Petition Date | | | X | |
| National Bank of Oman S.A.O.G. PO Box 751 Ruwi, 112 SULTANATE OF OMAN | | | | | | | Proof of claim filed in the foreign main proceeding; amount awaiting determination |

Sheet 10 of 12 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

In re   <u>Awal Bank, BSC</u>                                     Case No  <u>               </u>

                        Debtor(s)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Prior to Petition Date | | | | |
| National Bank of Umm Al Quiwain PO Box 800 Umm Al Quiwain UNITED ARAB EMIRATES | | N A | | | | X | Proof of claim filed in the foreign main proceeding; amount awaiting determination |
| ACCOUNT NO. | | | Prior to Petition Date | | | | |
| Natixis Cannon Bridge House 25 Dowgate Hill London, EC4R 2YA UNITED KINGDOM | | N A | | | | X | Proof of claim filed in the foreign main proceeding; amount awaiting determination |
| ACCOUNT NO. | | | Prior to Petition Date | | | | |
| Royal Bank of Canada 71 Queen Victoria Street London, EC4N 4BY UNITED KINGDOM | | N A | | | | X | Proof of claim filed in the foreign main proceeding; amount awaiting determination |
| ACCOUNT NO. | | | Prior to Petition Date | | | | |
| Saudi American Bank PO Box 842 Al Khobar 31952 SAUDI ARABIA | | N A | | | | X | Proof of claim filed in the foreign main proceeding; amount awaiting determination |
| ACCOUNT NO. | | | Prior to Petition Date | | | | |
| Saudi National Commercial Bank PO Box 10363 Manama KINGDOM OF BAHRAIN | | N A | | | | X | Proof of claim filed in the foreign main proceeding; amount awaiting determination |

Sheet 11 of 12 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

In re    Awal Bank, BSC                                          Case No _____
_____
                        Debtor(s)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | C O D E B T O R | Husband, Wife, Joint , or Community | | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | | | | |
| ACCOUNT NO. | | | Prior to Petition Date | | | | |
| Shanghai Commercial Savings Bank No. 2 Min Chuan E. Rd. Sec. 1 Taipei TAIWAN | | N A | | | | X | Proof of claim filed in the foreign main proceeding; amount awaiting determination |
| ACCOUNT NO. | | | Prior to Petition Date | | | | |
| Societe Generale DPDI/TRA/DIR, Cedex 18 Paris 75886 FRANCE | | N A | | | | X | Proof of claim filed in the foreign main proceeding; amount awaiting determination |
| ACCOUNT NO. | | | Prior to Petition Date | | | | |
| The International Banking Corporation c/o Trowers & Hamlins, West Tower Bahrain World Trade Centre PO Box 3012, Manama KINGDOM OF BAHRAIN | | N A | | | | X | Proof of claim filed in the foreign main proceeding; amount awaiting determination |
| ACCOUNT NO. | | | Prior to Petition Date | | | | |
| Tunis International Bank PO Box 81, Tunis Belvedere 18 Avenue Des Etats Unisd Amerique, 1002 TUNISIA | | N A | | | | X | Proof of claim filed in the foreign main proceeding; amount awaiting determination |
| | | | Total (Use only on last page of the completed Schedule F.) (Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | | | Undetermined |

Sheet 12 of 12 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

In re     Awal Bank, BSC                             ,     Case No.     10-15518-ALG

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|

0
\_\_\_\_\_ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com          Best Case Bankruptcy

In re __Awal Bank, BSC_____  Case No. __10-15518-ALG_____

Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

0
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

# United States Bankruptcy Court
## Southern District of New York

In re    Awal Bank, BSC                          Case No.   10-15518-ALG

                                    Debtor(s)              Chapter    11

## DECLARATION CONCERNING DEBTOR'S AMENDED SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, Stewart Hey, in my capacity as representative of Charles Russell, LLP, London, as External Administrator of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __21__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   March 4, 2011                          Signature    /S/ Stewart Hey
                                                      Stewart Hey
                                                      Stewart Hey, in his capacity as representative of Charles Russell, LLP, London, as External Administrator of Awal Bank, BSC and not in his personal capacity

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.